IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) CIVIL ACTION NO. 2:07cv284-ID | |
| TERESA L. PHILLIPS, a/k/a Teresa L. ) | |
| Scarborough, Teresa S. Wise, Teresa S. Palmer, ) | |
| Teresa Palmer, Teresa S. Phillips, Theresa S. ) | |
| Phillips, and Theresa Palmer, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is the United States' request for service of summons and complaint, which the court construes as a motion, filed May 1, 2007 (Doc. No. 5). Upon CONSIDERATION thereof and pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, it is ORDERED that said motion be and the same is hereby GRANTED and that the United States Marshal, or a designated deputy United States marshal, is hereby DIRECTED to personally serve Defendant with the alias summons and complaint.

DONE this 7th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE