IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 2:07CV284-ID |
| TERESA L. PHILLIPS, | ) |
| Defendant. | ) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the Defendant in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

          LEURA G. CANARY
          United States Attorney

BY:  /s/ R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar No. 9083-E56R

P. O. Box 197
Montgomery, AL 36101
Office: (334) 223-7280
  Fax: (334) 223-7201

Default entered

_July 27 2007_
BY: _Debra P. Hackett_
    Clerk/Chief Deputy