IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil No. 2:07CV284-ID |
| TERESA L. PHILLIPS, | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

A default having been entered as to the defendant in the above case on the 27th day of July, 2007, all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper certificate with me as to the amount due from the defendant to the plaintiff;

Judgment is, therefore, hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, in the sum of $11,156.94, plus interest at the rate of 7 percent from and after January 3, 2007, to the date of judgment, and interest at the rate of 4.99 percent per annum from the date of judgment until paid in full, for cost of suit and other proper relief.

DATED: July 27, 2007

DEBRA P. HACKETT, Clerk